Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONTAINER WORLD FORWARDING
SERVICES, INC.

        Plaintiff,

  - against -

M/V RANGE, her engines, boilers, etc; and A.P.
MOLLER – MAERSK A/S

        Defendants.
------------------------------------------------------------X

08 Civ. 2928

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, CONTAINER WORLD FORWARDING SERVICES, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

CONTAINER WORLD FORWARDING SERVICDS, INC. is a privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       March 20, 2008

                CASEY & BARNETT, LLC
                Attorneys for Plaintiff

        By: _/s/ Martin F. Casey_
                Martin F. Casey (MFC-1415)
                317 Madison Avenue, 21st Floor
                New York, New York 10017
                (212) 286-0225