464-08/WJP
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant A.P. Moller-Maersk A/S
80 Pine Street
New York, New York 10005
William J. Pallas (WP6201)
Tel: 212 425 1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CONTAINER WORLD FORWARDING
SERVICES, INC.,

                Plaintiff

Against

M/V RANGE, her engines, boilers, etc., and
A.P. MOLLER-MAERSK A/S,

                Defendant.
-------------------------------------------------------------x

08 Civ. 02928

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant A.P. Moller-Maersk A/S, certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

Dated: New York, New York
       August 18, 2008.

                                  FREEHILL, HOGAN & MAHAR LLP
                                  Attorneys for Defendant
                                  A.P. MOLLER-MAERSK A/S

                                  By: _____
                                       William J. Pallas (WP 6201)
                                       80 Pine Street
                                       New York, New York 10005
                                       (212) 425 1900