```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

CONTAINER WORLD FORWARDING           :
SERVICES, INC.,
                                     :
            Plaintiff,
                                     :         ORDER
       - against -
                                     :         08 Civ. 2928 (DC)
M/V RANGE, her engines, boilers,
etc.; and A.P. MOLLER-MAERSK A/S,    :

            Defendants.              :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

**CHIN, District Judge**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         August 26, 2008

_____
DENNY CHIN
United States District Judge